# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3152

_____

| | | |
|---|---|---|
| Audrey Locke, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: May 7, 2003
Filed: May 27, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Audrey Locke appeals the district court's[1] dismissal of her emotional-distress claims brought under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. Having carefully reviewed the record and the parties' arguments on appeal, we agree with the district court that it lacked jurisdiction over those claims. Thus, the court properly dismissed her complaint. See 28 U.S.C. § 2680(h); Sheridan v. United States, 487 U.S. 392, 399 (1988); Stratmeyer v. Engberg, 649 N.W.2d 921, 925 (S.D. 2002).

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.